United States Bankruptcy Court
Central District of California

In re:                                                                              Case No. 14-13987-AA
No Sung Pak                                                                         Chapter 7
Jung Ja Pak
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-1          User: admin              Page 1 of 1              Date Rcvd: Dec 19, 2014
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2014.
db/jdb         +No Sung Pak,    Jung Ja Pak,   6930 Nagle Ave,    North Hollywood, CA 91605-4405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2014 at the address(es) listed below:
              Amy L Goldman (TR)    gabriela.garcia@lewisbrisbois.com,    agoldman@ecf.epiqsystems.com
              Jodi   Siegner    on behalf of Creditor    Carpenters Southwest Administrative Corporation and Board
               of Trustees for the Carpenters Southwest Trusts jsiegner@deconsel.com
              Mark T Jessee    on behalf of Joint Debtor Jung Ja Pak jesseelaw@aol.com
              Mark T Jessee    on behalf of Debtor No Sung Pak jesseelaw@aol.com
              United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
              Wendy A Loo    on behalf of Plaintiff    People of the State of CA wendy.loo@lacity.org
              Wendy A Loo    on behalf of Creditor    People of the State of CA wendy.loo@lacity.org
                                                                                              TOTAL: 7

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>MICHAEL N. FEUER, City Attorney (SBN 111529)<br>TINA HESS, Assistant City Attorney (SBN 143900)<br>WENDY A. LOO, Deputy City Attorney (SBN 176587)<br>JESSICA BROWN, Deputy City Attorney (SBN 211642)<br>LOS ANGELES OFFICE OF THE CITY ATTORNEY<br>200 North Main Street, Suite 920<br>Los Angeles, California 90012<br>Tel: (213) 978-7750<br>Facsimile: (213) 978-7711<br>wendy.loo@lacity.org<br><br>Counsel for Movant<br>THE PEOPLE OF THE STATE OF CALIFORNIA<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 19 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Ogier    DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>NO SUNG PAK dba PAK's CABINETS; JUNG JA PAK,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:14-bk-13987-AA<br>CHAPTER: 7<br><br>**ORDER GRANTING "MOTION FOR AN ORDER CONFIRMING THAT THE STAY DOES NOT APPLY, OR IN THE ALTERNATIVE FOR RELIEF FROM STAY [11 U.S.C. §362(b)(4), 362(d)"  (Action in Nonbankruptcy Forum)**<br><br>DATE:    December 10, 2014<br>TIME:    11:30 a.m.<br>COURTROOM:  303<br>PLACE:  U.S. Bankruptcy Court<br>        12041 Burbank Boulevard<br>        Woodland Hills, CA 91367 |
|---|---|

**MOVANT:** THE PEOPLE OF THE STATE OF CALIFORNIA

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

   Name of Nonbankruptcy Action: <u>The People of the State of California v. Mackone Development, Inc., etc.</u>

   Docket number: BC563601

   Nonbankruptcy court or agency where the Nonbankruptcy Action is pending: Los Angeles County Superior Court

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 1                             **F 4001-1.RFS.NONBK.ORDER**

3. The Motion is granted under 11 U.S.C. §§ 362(d)(1) **and (b)(4).**

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

    a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

    b. ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.

    c. ☐ Annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:**  Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law.  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

    a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

    b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☒ Other (*specify*):  **The automatic stay does not apply pursuant to 11 U.S.C. §362(b)(4).  The automatic stay remains in effect with respect to enforcement of any judgment against debtors or estate property.**

**Approved as to form:**

_____/s/_____
        Mark T. Jessee, Esq.

**Counsel to Debtors No Sung Pak**
**dba Pak's Cabinets and Jung Ja Pak**

###

Date: December 19, 2014

_____
Alan M. Ahart
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.