Form B203 Disclosure of Compensation of Attorney for Debtor (12/94)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

In re *No Sung Pak*  
    *fdba Pak's Cabinets*  
    and  
    *Jung Ja Pak*

Case No. *1:14-bk-13987-AA*  
Chapter 7

### SUPPLMENTAL

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    *2,000.00 *  
   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $    2,000.00  
   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    0.00

2. The source of the compensation paid to me was:  
   ☒ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:  
   ☒ Debtor      ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. [Other provisions as needed].

   *   Debtor retained attorney postpetition relating to representation in filing a limited opposition to the motion for reliief from stay, review and

    *analysis of the adversary complaint and Superior Court Action filed by the People of the State of California and to prepare an answer to the Adversary Complaint for Debtor as a Defendant In Pro Se. Debtor paid $2,000 in addition to the $3,000 paid prepetition for the limiited scope representation in the Chapter 7 case.*

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

    *The original $3,000 for representation in the Chapter 7 matter did not linclude Representation with respect to state or federal court suits, contested proceedings over such issues as exemptions, discharge, dischargeability of particular debts, or relief from stay, appearance at more than one meeting of creditors, or audits by the Office of the United States Trustee, reaffirmation agreements, hearings on reaffirmation agreements and any prepetition or postpetition tax issues. The subsequent agreement for which Attorney was compensated $2,000 specifically excluded attorney representation of Debtor or Joint Debtor in the adversary case, or representation in the Los Angeles Superior Court or the Department of Industrial Relations Case.*

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

1/16/2015
Date

Signature of Attorney

*LAW OFFICES OF MARK T. JESSEE*
Name of Law Firm